# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| JOHN EDWARD SPAULDING,<br><br>        Plaintiff,<br>v.<br><br>THE STATE OF MONTANA VOCATIONAL REHABILITATION COUNSELOR PEGGY SHONE KELLY and PAROLE & PROBATION OFFICER JASON BAXTER,<br><br>        Defendants. | CV-18-53-H-BMM<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge Johnston entered Findings and Recommendations on November 14, 2018. (Doc. 9). Judge Johnston determined Plaintiff John Edward Spaulding's claims are barred by the applicable statute of limitations and that review by the Court is unwarranted. (Doc. 9 at 4-6).

No party filed objections to Judge Johnston's Findings and Recommendations. The Court has reviewed the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). The Court finds no error in Judge Johnston's Findings and Recommendations and adopts them in full.

1

# ORDER

Accordingly, **IT IS ORDERED that**

1. Magistrate Judge Johnston's Findings and Recommendations (Doc. 9) are Adopted in Full and this matter is DISMISSED.

2. The Clerk of Court is directed to close this matter and enter judgment in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

4. The Clerk of Court is directed to have the docket reflect that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)

DATED this 4th day of December, 2018.

Brian Morris
United States District Court Judge